# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:  QVC, Inc. Studio Park, 1200 Wilson Drive, West Chester, PA  19380

Address of Defendant:  Stacey Schieffelin, David Schieffelin and Models Prefer Ltd.,567 S. Leonard St., #1, Waterbury, CT 06708  13421

Place of Accident, Incident or Transaction:  Pennsylvania

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes ☒    No ☐

Does this case involve multidistrict litigation possibilities?                        Yes ☐    No ☒

*RELATED CASE, IF ANY:*  None

Case Number: _____ Judge _____

Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?                                          Yes ☐    No ☒

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?                            Yes ☐    No ☒

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?                      Yes ☐    No ☒

CIVIL: (Place ☑ in ONE CATEGORY ONLY)

A.   *Federal Question Cases:*

1.  ☐  Indemnity Contract, Marine Contract, and All Other Contracts. Contracts
2.  ☐  FELA
3.  ☐  Jones Act-Personal Injury
4.  ☐  Antitrust
5.  ☐  Patent
6.  ☐  Labor-Management Relations
7.  ☐  Civil Rights
8.  ☐  Habeas Corpus
9.  ☐  Securities Act(s) Cases
10. ☐  Social Security Review Cases
11. ☐  All other Federal Question Cases  interpleader. (Please specify):

B.   *Diversity Jurisdiction Cases:*

1.  ☐  Insurance Contract and Other
2.  ☐  Airplane Personal Injury
3.  ☐  Assault, Defamation
4.  ☐  Marine Personal Injury
5.  ☐  Motor Vehicle Personal Injury
6.  ☐  Other Personal Injury (Please specify)
7.  ☐  Products Liability
8.  ☐  Products Liability — Asbestos
9.  ☒  All other Diversity Cases (Please

Breach of Contract

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, Nathaniel Metz, Esquire, counsel of record for the Plaintiff do hereby certify:

☒  Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒  Relief other than monetary damages is sought.

DATE: September 21, 2006       Nathaniel Metz, Esquire          Attorney I.D.# 23256
                               Attorney-at-Law                  Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P.38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.
DATE:  September 21, 2006       Signature _____ NM 264 Attorney I.D.#23256
CIV. 609 (4/03)