UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

QVC, Inc.                              :
                                       :    Civil Action
        v.                             :
                                       :    No: _____
Stacey Schieffelin, *et al.*           :

## DISCLOSURE STATEMENT FORM

Please check one box:

☐   The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒   The nongovernmental corporate party, QVC, Inc. _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Liberty Media Corporation, possibly through one or more intermediaries, and with the exception of a small number of employee shareholders, owns 100% of the stock of QVC, Inc.

_September 21, 2006_                   ___[signature]___ NM 264
        Date                                Signature

                Counsel for:   QVC, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)   file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)   promptly file a supplemental statement upon any change in the information that the statement requires.