UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

QVC, INC.

           Plaintiff(s), Petitioner(s)

against

STACEY SCHIEFFELIN AND DAVID SCHIEFFELIN
AND MODELS PREFER, LTD.

           Defendant(s), Respondent(s)

CLIENT: APS
INDEX NO.: 06 4231
DATE OF FILING: 9/22/2006
JUSTICE: 079256-0001

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Juan Ortiz being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in East Hartford, CT.

Furthermore, that on September 22, 2006 at 2:49 PM at 567 S. Leonard Street, #1, Waterbury, CT, deponent served the Summons In A Civil Action and Complaint; Civil Case Cover Sheet; Court Information Package upon Stacy Schieffelin, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering thereat a true copy of each Summons In A Civil Action and Complaint; Civil Case Cover Sheet; Court Information Package to Stacy Schieffelin, personally; Deponent knew said person so served to be the person mentioned and described as said recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: Female Skin: White Hair: Blonde Age(Approx): 36-50 Height(Approx): 5'4" - 5'8" Weight(Approx): 131-160 lbs

I asked the Recipient if he/she was in active military service of the United States or the State of Connecticut in any capacity and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Recipient is not in the military service of Connecticut State or the United States as that term is defined in the statues of Connecticut State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                            Juan Ortiz, Private Process Server

Sworn to before me on September 22, 2006

Notary Public
My Commission Expires: 08/31/2009