UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

QVC, INC.

          Plaintiff(s), Petitioner(s)

against

STACEY SCHIEFFELIN AND DAVID SCHIEFFELIN
AND MODELS PREFER, LTD.
          Defendant(s), Respondent(s)

CLIENT: APS

INDEX NO.: 06 4231

DATE OF FILING: 9/22/2006

JUSTICE: 079256-0001

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Juan Ortiz being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in East Hartford, CT.

Furthermore, that on September 22, 2006 at 2:59 PM at 567 S. Leonard Street, #1, Waterbury, CT , deponent served the Summons In A Civil Action and Complaint; Civil Case Cover Sheet; Court Information Package upon Models Prefer, Ltd., (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each Summons In A Civil Action and Complaint; Civil Case Cover Sheet; Court Information Package with David Schieffelin a person who is known to be the Managing Agent of said corporation and/or company, and who is authorized by said corporation and/or company to receive said Summons In A Civil Action and Complaint; Civil Case Cover Sheet; Court Information Package.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: Male Skin: White Hair: Blonde Age(Approx): 36-50 Height(Approx): 5'9" - 6' Weight(Approx): 161-200 lbs

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        Juan Ortiz, Private Process Server

Sworn to before me on September 22, 2006

Notary Public
My Commission Expires: 08/31/2009

*KEITH D. NIZIANKIEWICZ NOTARY PUBLIC CONNECTICUT*