IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC., <br>       Plaintiff, <br><br> v. <br><br> STACEY SCHIEFFELIN, *et al.* <br><br>       Defendants. | CIVIL ACTION <br><br> No. 06-4231 |

### CERTIFICATE OF SERVICE

I, Nathaniel Metz, Esquire, hereby certify that on this 4th day of October 2006, I did cause a true and correct copy of the **Notice** of pretrial conference (scheduled to be held on December 18, 2006 at 10:00 a..m.) to be served via First Class mail, postage prepaid, upon counsel for defendants as follows:

    Antoinette R. Stone, Esquire
    BUCHANAN INGERSOLL & ROONEY PC
    1835 Market Street, 14th Floor
    Philadelphia, PA 19103

    _____
    Nathaniel Metz, Esquire
    Saul Ewing LLP
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    (215) 972-8385
    (215) 972-2282 (FAX)
    nmetz@saul.com

    Attorneys for Plaintiff QVC, Inc.