IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC. | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 06-CV-4231-TON |
| | : | |
| STACEY SCHIEFFELIN, | : | |
| DAVID SCHIEFFELIN and | : | |
| MODELS PREFER, LTD | : | |
| Defendants | : | |

### STIPULATION FOR ENLARGEMENT OF TIME

The parties, by their respective undersigned counsel, hereby stipulate and agree that the date by which defendants must answer, plead or otherwise move with respect to the complaint is extended to and including October 23, 2006. No such prior extension has been granted.

_____
Nathaniel Metz
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-8385

Attorneys for Plaintiff

Dated: _____

_____
Antoinette R. Stone
BUCHANAN INGERSOLL &
ROONEY PC
1835 Market St., 14th Floor
Philadelphia, PA 19103
(215)665-8700

Attorneys for Defendants

Dated: 10-9-06