## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QVC, INC.                                    :
                        Plaintiff,           :          CIVIL ACTION
                                             :
            vs.                              :          NO. 06-CV-4231-TON
                                             :
STACEY SCHIEFFELIN,                          :
DAVID SCHIEFFELIN and                        :
MODELS PREFER, LTD                           :
                        Defendants.          :

### STIPULATION FOR ENLARGEMENT OF TIME

The parties, by their respective undersigned counsel, hereby stipulate and agree that the

plaintiff will file its first amended complaint no later than October 26, 2006, and the defendants

will answer, plead or otherwise move with respect thereto no later than November 17, 2006.


Nathaniel Metz                              Antoinette R. Stone
SAUL EWING LLP                              BUCHANAN INGERSOLL &
Centre Square West                          ROONEY PC
1500 Market Street, 38th Floor              1835 Market St., 14th Floor
Philadelphia, PA 19102                      Philadelphia, PA 19103
(215) 972-8385                              (215)665-8700

Attorneys for Plaintiff                     Attorneys for Defendants


Dated: October 19, 2006                     Dated: Oct. 19, 2006


APPROVED AND SO ORDERED:

_____
                              J