IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QVC, INC.,
        Plaintiff,                    :    CIVIL ACTION
    v.                               :
STACEY SCHIEFFELIN, DAVID      :    No. 06-cv-4231
SCHIEFFELIN and MODELS PREFER,  :
LTD.,                              :
        Defendants.              :    The Honorable Thomas N. O'Neill, Jr.
_____  :

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion to Dismiss Amended Complaint and to Strike Paragraphs of Amended Complaint for Violation of FRE 408, the exhibits and memorandum of law filed therewith and the Plaintiff's response thereto, it is hereby ORDERED that the Motion is GRANTED, and the Amended Complaint is dismissed in its entirety.

                                            SO ORDERED:

                                            _____
                                            Thomas N. O'Neill, Jr.
                                            United States District Judge