QVC, INC. v. SCHIEFFELIN et al                                                                                    Doc. 15
JAN 19 2007 12:53 FR                              TO 1706#17570#94591 P.03/06
Case 2:06-cv-04231-TON   Document 15   Filed 01/22/2007   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC., | CIVIL ACTION |
| Plaintiff, | |
| v. | No.: 06-CV-04231 (TON) |
| STACEY SCHIEFFELIN, et al. | |
| Defendants. | |

FILED JAN 2 2 2007

### THIRD STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' "MOTION TO DISMISS AMENDED COMPLAINT AND TO STRIKE PARAGRAPHS OF AMENDED COMPLAINT FOR VIOLATIONS OF FRE 408"

Plaintiff, QVC, Inc. ("Plaintiff"), and defendants, Stacey Schieffelin, David Schieffelin and Model Prefer, Ltd (collectively, "Defendants"), by and through their respective undersigned counsel, agree and stipulate, subject to the approval of the Court, as follows:

1. On November 17, 2006, Defendants filed their "Motion to Dismiss Amended Complaint and to Strike Paragraphs Of Amended Complaint For Violation of FRE 408" (the "Motion to Dismiss") in response to Plaintiff's Amended Complaint.

2. Pursuant to Rule 7(c) of the Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania (the "Local Rules"), Plaintiff is required to respond to the Motion to Dismiss on or before December 1, 2006.

3. On December 1, 2006, the Court approved the stipulation and agreement of Plaintiff and Defendants that the time in which Plaintiff was required to respond to Defendants' Motion to Dismiss would be enlarged for a period of thirty (30) days, or up to and including January 2, 2007.

4. In view of ongoing and serious settlement discussions, the parties requested, and on December 27, 2006 the Court granted, an additional three week enlargement of the time for Plaintiff to respond to Defendants' Motion to Dismiss.

5. Plaintiff and Defendant have utilized the extensions granted by the Court for serious and earnest discussions, exchange of several proposals and a meeting of the parties and counsel, all seeking an amicable resolution of the within civil action. Currently, there are proposals outstanding from both parties toward that end.

6. Plaintiff and Defendants are thus engaged in genuine efforts seeking an amicable resolution of the within civil action. In order to facilitate such discussions, and to avoid potentially unnecessary costs that could impede an amicable resolution of this matter, Plaintiff and Defendants stipulate and agreement, pursuant to Local Rule 7.4(b) and subject to approval of the Court, that the time in which Plaintiff is required to respond to Defendants' Motion to Dismiss will be enlarged for a additional period of three (3) weeks or up to and including February 6, 2007.

[INTENTIONALLY LEFT BLANK]

6. This Stipulation may be executed via telefacsimile or electronic transmission and in any number of counterparts, all of which together shall be one document.

SO AGREED AND STIPULATED.

_____
Nathaniel Metz, Esquire
(Signature Validation No. NM264)
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8385
(215) 972-2282 (Telefacsimile)
nmetz@saul.com

Attorneys for Plaintiff QVC, Inc.

_____
Antoinette R. Stone, Esquire
(Signature Validation No. ARS3519)
BUCHANAN, INGERSOLL & ROONEY PC
1835 Market Street
14th Floor
Philadelphia, PA 19103
(215) 665-8700
(215) 665-8760 (Telefacsimile)
Antoinette.stone@bipc.com

Attorneys for Defendants Stacey Schieffelin, David Schieffelin and Models Prefer, Ltd.

Dated: January 18, 2006

APPROVED AND SO ORDERED

THIS 22 DAY OF Jan , 2007.

_____
Thomas N. O'Neill, Jr., U.S.D.J.

**ENTERED**

JAN 2 2 2007

**CLERK OF COURT**