IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| QVC, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No.: 06-CV-04231 (TON) |
| STACEY SCHIEFFELIN, *et al.* | : | |
| Defendants. | : | |

FILED FEB - 1 2007

**FOURTH STIPULATION TO ENLARGE TIME FOR
PLAINTIFF TO RESPOND TO DEFENDANTS'
"MOTION TO DISMISS AMENDED COMPLAINT
AND TO STRIKE PARAGRAPHS OF AMENDED
COMPLAINT FOR VIOLATIONS OF FRE 408"**

Plaintiff, QVC, Inc ("Plaintiff"), and defendants, Stacey Schieffelin, David Schieffelin and Model Prefer, Ltd. (collectively, "Defendants"), by and through their respective undersigned counsel, agree and stipulate, subject to the approval of the Court, as follows:

1. On November 17, 2006, Defendants filed their "Motion to Dismiss Amended Complaint and to Strike Paragraphs Of Amended Complaint For Violation of FRE 408" (the "Motion to Dismiss") in response to Plaintiff's Amended Complaint.

2. Pursuant to Rule 7(c) of the Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania (the "Local Rules"), Plaintiff was required to respond to the Motion to Dismiss on or before December 1, 2006.

3. In view of ongoing and serious settlement discussions, the parties have requested, and the Court has granted, enlargements of the time for Plaintiff to respond to Defendants' Motion to Dismiss

4. Plaintiff and Defendant have utilized the extensions granted by the Court for serious and earnest discussions, exchange of several proposals and a meeting of the parties and counsel, all seeking an amicable resolution of the within civil action. Currently, there are proposals outstanding from both parties toward that end.

5. Plaintiff and Defendants are engaged in genuine efforts seeking an amicable resolution of the within civil action. Efforts are delayed due to the current unavailability of Plaintiff's critical business representative. As a result, Plaintiff has been unable to respond to Defendants' most recent proposal.

6. In order to facilitate efforts to amicably resolve this matter, and to avoid potentially unnecessary costs that could impede an amicable resolution of this matter, Plaintiff and Defendants stipulate and agreement, pursuant to Local Rule 7.4(b) and subject to approval of the Court, that the time in which Plaintiff is required to respond to Defendants' Motion to Dismiss will be enlarged for a additional period of two (2) weeks or up to and including February 20, 2007

[INTENTIONALLY LEFT BLANK]

7. This Stipulation may be executed via telefacsimile or electronic transmission and in any number of counterparts, all of which together shall be one document.

SO AGREED AND STIPULATED.

Nathaniel Metz, Esquire
(Signature Validation No. NM264)
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8385
(215) 972-2282 (Telefacsimile)
nmetz@saul.com

Attorneys for Plaintiff QVC, Inc.

Dated: January 31, 2007

Antoinette R. Stone, Esquire
(Signature Validation No. ARS3519)
BUCHANAN, INGERSOLL & ROONEY PC
1835 Market Street
14th Floor
Philadelphia, PA 19103
(215) 665-8700
(215) 665-8760 (Telefacsimile)
Antoinette.stone@bipc.com

Attorneys for Defendants Stacey Schieffelin, David Schieffelin and Models Prefer, Ltd.

APPROVED AND SO ORDERED
THIS ____ DAY OF ____Feb____, 2007.

_____
Thomas N. O'Neill, Jr., U.S.D.J.

**ENTERED**

FEB - 1 2007

**CLERK OF COURT**

3