QVC, INC. V. SCHIEFFELIN et al  Doc. 17
FEB 19 2007 15:38 FR                          TO *1706#17570#9459 P.03/06
Case 2:06-cv-04231-TON   Document 17   Filed 03/01/2007   Page 1 of 3



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC., | CIVIL ACTION |
| Plaintiff, | |
| v. | No.: 06-CV-04231 (TON) |
| STACEY SCHIEFFELIN, *et al.* | |
| Defendants. | FILED MAR - 1 2007 |

### FIFTH STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' "MOTION TO DISMISS AMENDED COMPLAINT AND TO STRIKE PARAGRAPHS OF AMENDED COMPLAINT FOR VIOLATION OF FRE 408"

Plaintiff, QVC, Inc. ("Plaintiff"), and defendants, Stacey Schieffelin, David Schieffelin and Models Prefer, Ltd. (collectively, "Defendants"), by and through their respective undersigned counsel, agree and stipulate, subject to the approval of the Court, as follows:

1. On November 17, 2006, Defendants filed their "Motion to Dismiss Amended Complaint and to Strike Paragraphs Of Amended Complaint For Violation of FRE 408" (the "Motion to Dismiss") in response to Plaintiff's Amended Complaint..

2. Pursuant to Rule 7(c) of the Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania (the "Local Rules"), Plaintiff was required to respond to the Motion to Dismiss on or before December 1, 2006.

3. In view of ongoing and serious settlement discussions, the parties have requested, and the Court has granted, enlargements of the time for Plaintiff to respond to Defendants' Motion to Dismiss.

4. Plaintiff and Defendants have utilized the extensions granted by the Court for serious and earnest discussions, exchange of several proposals and a meeting of the parties and counsel, all seeking an amicable resolution of the within civil action.

5. Plaintiff and Defendants are continuing their efforts to seek an amicable resolution of the within civil action, and they have made progress toward that objective.

6. The recent inclement weather, coupled with the fact that Defendants' counsel recently changed firms, has caused certain unavoidable delay in the progress of discussions.

7. In order to facilitate efforts to amicably resolve this matter, and to avoid potentially unnecessary costs that could impede an amicable resolution of this matter, Plaintiff and Defendants stipulate and agreement, pursuant to Local Rule 7.4(b) and subject to approval of the Court, that the time in which Plaintiff is required to respond to Defendants' Motion to Dismiss will be enlarged for a additional period, up and including March 15, 2007.

[INTENTIONALLY LEFT BLANK]

8. This Stipulation may be executed via telefacsimile or electronic transmission and in any number of counterparts, all of which together shall be one document.

**SO AGREED AND STIPULATED.**

_____
Nathaniel Metz, Esquire
(Signature Validation No. NM264)
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8385
(215) 972-2282 (Telefacsimile)
nmetz@saul.com

Attorneys for Plaintiff QVC, Inc.

_____ /ewS by consent
Antoinette R. Stone, Esquire
(Signature Validation No. ARS3519)
BROWN STONE NIMEROFF LLC
1818 Market Street
Suite 2300
Philadelphia, PA 19103
(267) 861-5333
(267) 350-9050 (Telefacsimile)
astone@bsnlawyers.com

Attorneys for Defendants Stacey Schieffelin, David Schieffelin and Models Prefer, Ltd.

Dated: February 19, 2007

**APPROVED AND SO ORDERED**

THIS 1st DAY OF March, 2007.

_____
Thomas N. O'Neill, Jr., U.S.D.J.

**ENTERED**

MAR - 1 2007

**CLERK OF COURT**