# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| QVC, INC. | : |
| Plaintiff, | : CIVIL ACTION. |
| v. | : No. 06-04231(TON) |
| STACEY SCHIEFFELIN, *et al*., | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    KINDLY enter my appearance on behalf of plaintiff, QVC, Inc., only, in the above-captioned civil action.

                                                          SAUL EWING LLP
                                                          A Delaware Limited Liability Partnership

                                          By:      "/s/"    John E. Bisordi
                                                John E. Bisordi, Esquire
                                                Electronic Signature Code JB774
                                                Centre Square West
                                                1500 Market Street, 38th Floor
                                                Philadelphia, PA 19102-2186
                                                (215) 972-7759
                                                (215) 972-1831 (Telefacsimile)
                                                jbisordi@saul.com

                                                Attorneys for Plaintiff QVC, Inc.

Dated: March 6, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                          :
QVC, INC.                                            :
                                                          :
           Plaintiff,            :     CIVIL ACTION.
                                                          :
    v.                                          :
                                                          :     No. 06-04231(TON)
STACEY SCHIEFFELIN, *et al.*,        :
                                                          :
           Defendants.       :
_____:

**CERTIFICATE OF SERVICE**

      I, John E. Bisordi, Esquire, hereby certify that, on this 6th day of March 2007, I did cause a true and correct copy of the foregoing **Entry of Appearance** to be served, via First Class mail, postage prepaid, upon counsel for the defendants as follows:

        Antoinette R. Stone, Esquire
        Brown Stone & Nimeroff LLC
        1818 Market Street, Suite 2300
        Philadelphia, PA 19103

                          "/s/"   John E. Bisordi
                          John E. Bisordi, Esquire
                          Electronic Signature Code JB774