UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

QVC, Inc.

              :  Civil Action No: 2:06-cv-004231-TON

V.

Stacey Schieffelin, David Schieffelin and
Models Prefer, Ltd

## DISCLOSURE STATEMENT FORM

Please check one box:

**x**  The nongovernmental corporate party, <u>Models Prefer, Ltd.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

March 8, 2007
Date

[Signature]
Signature

Antoinette R. Stone

Counsel for: _Defendants Stacey Schieffelin, David Schieffelin and Models Prefer, Ltd.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
 (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
 (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
   (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
   (2) promptly file a supplemental statement upon any change in the information that the statement requires.

Dockets.Justia.c