# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

QVC, INC.                                    :     CIVIL ACTION
                                             :
        Plaintiff,                  :
                                             :
        v.                          :     NO. 06-cv-4231(TON)
                                             :
STACEY SCHIEFFELIN,                          :
DAVID SCHIEFFELIN,                           :
and MODELS PREFER, LTD.,                     :
                                             :
        Defendants.                 :
_____:

## MOTION OF PLAINTIFF QVC, INC. FOR
## LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, QVC, Inc., by and through its undersigned counsel, respectfully moves this Court for Order granting Plaintiff leave to file a Second Amended Complaint for the reasons set forth in the accompanying memorandum of law which is incorporated herein by reference.

                    SAUL EWING LLP

                    */s/ Nathaniel Metz*
            By:_____
            Nathaniel Metz, Esquire
            (215) 972-8385
            (215) 972-2282 (Telefacsimile)
            nmetz@saul.com
            Centre Square West
            1500 Market Street, 38th Floor
            Philadelphia, PA 19102-2186

            Attorneys for Plaintiff, QVC, Inc.