# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| QVC, INC. | CIVIL ACTION |
| Plaintiff, |  |
| v. | NO. 06-cv-4231(TON) |
| STACEY SCHIEFFELIN, DAVID SCHIEFFELIN, and MODELS PREFER, LTD., |  |
| Defendants. |  |

## CERTIFICATE OF SERVICE

I, Nathaniel Metz, Esquire, hereby certify that, on this 15th day of March 2007, I did cause a true and correct copy of:

(a) **Plaintiff's Memorandum of Law In Opposition to Defendants' Motion to Dismiss Amended Complaint and to Strike Paragraphs of the Amended Complaint for Violation Of FRE 408 and In Support of Plaintiff's Motion for Leave to File Second Amended Complaint;** and

(b) **Plaintiff's Motion for Leave to File Second Amended Complaint**

to be served, via First Class mail, postage prepaid, upon counsel for all defendants as follows:

> Antoinette R. Stone
> Brown Stone & Nimeroff LLC
> 1818 Market Street, Suite 2300
> Philadelphia, PA 19103

_____
Nathaniel Metz, Esquire
(Signature Validation No. NM264)

-2-

-2-