# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| QVC, INC. | CIVIL ACTION |
| Plaintiff, |  |
| v. | NO. 06-cv-4231(TON) |
| STACEY SCHIEFFELIN, DAVID SCHIEFFELIN, and MODELS PREFER, LTD., |  |
| Defendants. |  |

## ORDER

AND NOW, this          day of                          , 2007, upon consideration of defendants' **Motion to Dismiss Amended Complaint And To Strike Paragraphs Of The Amended Complaint For Violation Of FRE 408** (the "Motion to Dismiss"), and response thereto, and the plaintiff's **Motion For Leave To File Second Amended Complaint**, and any response thereto, it is hereby ORDERED and DECREED as follows:.

(1)     The defendants' Motion to Dismiss is DENIED.

(2)     The plaintiff's **Motion For Leave To File Second Amended Complaint** is GRANTED and the plaintiff shall file the Second Amended Complaint, as attached to such motion, within five (5) days from entry of this Order.

BY THE COURT:

_____
Thomas N. O'Neill, U.S.D.J.

Dockets.Justia.com