## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 06-cv-4231(TON) |
| | : | |
| STACEY SCHIEFFELIN, | : | |
| DAVID SCHIEFFELIN, | : | |
| and MODELS PREFER, LTD., | : | |
| | : | |
| Defendants. | : | |

## MOTION OF PLAINTIFF QVC, INC. FOR
## LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, QVC, Inc., by and through its undersigned counsel, respectfully moves this Court for Order granting Plaintiff leave to file a Second Amended Complaint for the reasons set forth in the accompanying memorandum of law which is incorporated herein by reference.

SAUL EWING LLP


*/s/ Nathaniel Metz*
By:_____
Nathaniel Metz, Esquire
(215) 972-8385
(215) 972-2282 (Telefacsimile)
nmetz@saul.com
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

Attorneys for Plaintiff, QVC, Inc.

Dockets.Justia.com