# EXHIBIT "A"

Dockets.Justia.com

EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00445-SRU

Schieffelin et al v. QVC, Inc
Assigned to: Judge Stefan R. Underhill
Cause: 28:1332 Diversity-Tort/Non-Motor Vehicle

Date Filed: 03/21/2007
Jury Demand: Plaintiff
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

Stacey Schieffelin

represented by **Eliot B. Gersten**
Gersten & Clifford
214 Main Street
Hartford, CT 06106
860-527-7044
Fax: 860-527-4968
Email: egersten@gcrlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David Schieffelin

represented by **Eliot B. Gersten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Models Prefer Ltd

represented by **Eliot B. Gersten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

QVC, Inc

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2007 | 1 | COMPLAINT against QVC, Inc ( Filing fee $ 350 receipt number H022068), filed by Stacey Schieffelin, David Schieffelin, Models Prefer Ltd.(Bauer, J.) (Entered: 03/22/2007) |
| 03/21/2007 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on |

|  |  |  |
|---|---|---|
|  |  | 6/21/2007.Amended Pleadings due by 5/20/2007.,Discovery due by 9/20/2007.,Dispositive Motions due by 10/20/2007.. Signed by Clerk on 3/21/07. (Bauer, J.) (Entered: 03/22/2007) |
| 03/21/2007 | [3](underline) | ELECTRONIC FILING ORDER. Signed by Judge Stefan R. Underhill on 3/21/07. (Bauer, J.) (Entered: 03/22/2007) |
| 03/22/2007 |  | Summons Issued as to QVC, Inc. (Bauer, J.) (Entered: 03/22/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/30/2007 14:14:31 | | | |
| PACER Login: | se0020 | Client Code: | 099998.21340/hnm |
| Description: | Docket Report | Search Criteria: | 3:07-cv-00445-SRU |
| Billable Pages: | 1 | Cost: | 0.08 |