# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                    :
QVC, INC.                           :   CIVIL ACTION
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   NO. 06-cv-4231(TON)
                                    :
STACEY SCHIEFFELIN,                 :
DAVID SCHIEFFELIN,                  :
and MODELS PREFER, LTD.,            :
                                    :
        Defendants.                 :
_____ :

## CERTIFICATE OF SERVICE

I, Nathaniel Metz, Esquire, hereby certify that on this 30th day of March 2007, I did cause a true and correct copy of the foregoing **Sur-Reply Memorandum Of Law Plaintiff QVC, Inc. In Further Opposition to Defendants' Motion To Dismiss The Amended Complaint And To Strike Paragraphs Of The Amended Complaint** to be served, via First Class mail, postage prepaid, upon counsel for all defendants as follows:

> Antoinette R. Stone, Esquire
> Brown Stone Nimeroff LLL
> 1818 Market Street , Suite 2300
> Philadelphia, PA 19103

>                   */s/ Nathaniel Metz*
>                   _____
>                   NATHANIEL METZ, ESQUIRE