# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

QVC, INC.

        Plaintiff,  :  CIVIL ACTION.

        v.

: No. 06-04231(TON)

STACEY SCHIEFFELIN, *et al*.,

        Defendants.

_____

## CERTIFICATE OF SERVICE

I, Nathaniel Metz, Esquire, hereby certify that, on this 12th day of April 2007, I did cause a true and correct copy of the foregoing **Reply Memorandum Of Plaintiff QVC, Inc. In Further Support Of Motion for Leave to File Second Amended Complaint** to be served, via First Class mail, postage prepaid, upon counsel for the defendants as follows:

        Antoinette R. Stone, Esquire
        Brown Stone & Nimeroff LLC
        1818 Market Street, Suite 2300
        Philadelphia, PA 19103

        */s/ Nathaniel Metz*
        _____
        Nathaniel Metz, Esquire