APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Stacey Schiefflin, et al., | : | NO.  06-cv-4231 (TON) |
| | : | |

ORDER

AND NOW, this         Day of                    , 200  , it is hereby

ORDERED that the application of  Sharon Blinkoff            , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____
J.

Dockets.Justia.c

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 06-CV-04231 (TON)

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Sharon Blinkoff__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __535__, for the $40.00 admission fee.

A.  *I state that I am currently admitted to practice in the following state jurisdictions:*

| NEW YORK | 09/01/1989 | 2189553 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| CONNECTICUT | 10/01/1975 | 301411 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| DC | 04/20/1976 | 226332 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  *I state that I am currently admitted to practice in the following federal jurisdictions:*

| DC | 04/20/1976 | 226332 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Defendants

(Applicant's Signature)

04/27/2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Sharon Blinkoff, Esq.
Buchanan Ingersoll & Rooney, PC
1 Chase Manhattan Plaza, New York, New York 10005

Sworn and subscribed before me this

27th Day of April, 2007

Notary Public

LOUIS P. COSTANZO
Notary Public, State of New York
No. 01CO5013639
Qualified in Westchester County
Commission Expires July 15, 2007

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Sharon Blinkoff____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Antoinette R. Stone | [signature] | 10/23/1976 | 23464 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Brown Stone Nimeroff LLC

1818 Market Street, Suite 2300

Philadelphia, PA 19103    Tel. (267)861-5333

Sworn and subscribed before me this

30 Day of April, 2007

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Deborah A. Jozwiak, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires May 9, 2010
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | |
| : | NO. 06-4231 (TON) |
| : | |
| STACEY SCHIEFFELIN, : | |
| DAVID SCHIEFFELIN : | |
| and MODELS PREFER, LTD. : | |
| : | |
| : | : |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a copy of the application of Sharon Blinkoff, Esquire to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

> Nathaniel Metz, Esquire
> Saul Ewing LLP
> Centre Square West
> 1500 Market St., 38th Floor
> Philadelphia, PA 19102-2186

> Antoinette R. Stone
> Brown Stone Nimeroff LLC
> 1818 Market St., Suite 2300
> Philadelphia, PA 19103
> Tel. (267) 961-5333
> Attorneys for Defendants
> April 30, 2007