QVC, INC. V. SCHIEFFELIN et al                                                                    Doc. 28

Case 2:06-cv-04231-TON   Document 28   Filed 05/01/2007   Page 1 of 1
Case 2:06-cv-04231-TON   Document 27   Filed 04/30/2007   Page 1 of 4

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QVC, Inc.                        :     CIVIL ACTION
                                 :
            v.                   :
                                 :
Stacey Schiefflin, et al.,       :
                                 :     NO.   06-cv-4231 (TON)

ORDER

AND NOW, this 30 Day of April, 200 , it is hereby

ORDERED that the application of _Sharon Blinkoff_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.